JOHN W. HUBER, United States Attorney (#7226)
STEWART M. YOUNG, Assistant United States Attorney (#14377)
TYLER L. MURRAY, Assistant United States Attorney (#10308)
Attorneys for the United States of America
185 South States Street, Suite 300, Salt Lake City, Utah  84111
Tel: (801) 524-5682 ⬥ Fax (801) 325-3310

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>JUSTIN CHRISTOPHER,<br><br>               Defendant. | **STATUS OF FORFEITURE**<br><br>Case No. 2:14CR00601 DB<br><br>Judge Dee Benson |
|---|---|

The United States of America respectfully notifies the Court that it no longer seeks criminal judicial forfeiture of the following assets:

- 2005 yellow Lamborghini Gallardo VIN ZHWGU11S25LA01949

- Lamborghini Speed Line Wheels and any tires attached

After the filing of the Indictment, the United States learned that these assets were administratively forfeited by the Internal Revenue Service on March 23, 2015.

A copy of the Administrative Declarations are attached as Exhibits A and B.

Dated: October 21, 2015.

                                   JOHN W. HUBER
                                   United States Attorney

                                   /s/ Tyler L. Murray
                                   Tyler L. Murray
                                   Assistant U.S. Attorney

(*Christopher*)